1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   CHRISTOPHER P. SEEFER (201197)
3  SHIRLEY H. HUANG (206854)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   JeffreyL@lerachlaw.com
6  ChrisS@lerachlaw.com
   ShirleyH@lerachlaw.com
7         – and –
   WILLIAM S. LERACH (68581)
8  655 West Broadway, Suite 1900
   San Diego, CA  92101
9  Telephone:  619/231-1058
   619/231-7423 (fax)
10 BillL@lerachlaw.com

11 Lead Counsel for Plaintiffs

12                       UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                              OAKLAND DIVISION

| | |
|---|---|
| In re U.S. AGGREGATES, INC. SECURITIES LITIGATION | Master File No. C-01-1688-CW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND ORDER VACATING STATUS CONFERENCE IN LIGHT OF STIPULATION OF SETTLEMENT |
| ALL ACTIONS. | |

1  The parties, through counsel, hereby stipulate that in light of the stipulation of settlement and
2 motion of preliminary approval of settlement filed on November 17, 2005, the further case
3 management conference set for November 18, 2005, at 1:30 p.m., should be vacated.

4 DATED: November 17, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG


                               /s/
                    JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: November 17, 2005

HELLER EHRMAN LLP
MICHAEL L. CHARLSON
DEBORAH KRAVITZ


                               /s/
                    MICHAEL L. CHARLSON

275 Middlefield Road
Menlo Park, CA 904025
Telephone: 650/324-7000
650/324-0638 (fax)

Attorneys for Defendant James Harris

STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE
IN LIGHT OF STIPULATION OF SETTLEMENT - C-01-1688-CW                    - 1 -

| | | |
|---|---|---|
| 1 | DATED:  November 17, 2005 | JEFFER, MANGELS, BUTLER  & MARMARO LLP |
| 2 | | JULIA J. RIDER |

/s/<br>JULIA J. RIDER

1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-4308
Telephone:  310/203-8080
310/203-0567 (fax)

Attorneys for Defendant Michael Stone

I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation Vacating Status Conference in Light of Stipulation of Settlement.  In compliance with General Order 45, S.B., I hereby attest that Michael L. Charlson and Julia J.Rider have concurred in this filing.

*     *     *

**O R D E R**

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED: 11/17/05 _        /S/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

T:\CasesSF\US Aggregates\STP00026132.doc

STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE
IN LIGHT OF STIPULATION OF SETTLEMENT - C-01-1688-CW                                                                - 2 -

|   |   |
|---|---|
| 1 | DECLARATION OF SERVICE BY FACSIMILE |
| 2 | I, the undersigned, declare: |
| 3 | 1.     That declarant is and was, at all times herein mentioned, a citizen of the United States |

1          DECLARATION OF SERVICE BY FACSIMILE

2      I, the undersigned, declare:

3      1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

      2.     That on November 17, 2005, declarant served by facsimile the **STIPULATION AND ORDER VACATING STATUS CONFERENCE IN LIGHT OF STIPULATION OF SETTLEMENT** to the parties listed on the attached Service List.

      3.     That there is a regular communication by facsimile between the place of origin and the places so addressed.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2005, at San Francisco, California.

                                                     /s/
                                               CAROLYN BURR