LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
CHRISTOPHER P. SEEFER (201197)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
JeffreyL@lerachlaw.com
ChrisS@lerachlaw.com
ShirleyH@lerachlaw.com
        –and–
WILLIAM S. LERACH (68581)
JOY ANN BULL (138009)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re U.S. AGGREGATES, INC. SECURITIES LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | Master File No. C-01-1688-CW<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE MAILING AND PUBLISHING OF NOTICE OF SETTLEMENT AND SETTING NEW FINAL APPROVAL HEARING DATE |

1    WHEREAS, on November 23, 2005, the Court entered an Order Preliminarily Approving

2 Settlement and Providing for Notice ("Notice Order"); and

3    WHEREAS the Notice Order requires Lead Counsel to mail a copy of the Notice of

4 Pendency and Proposed Settlement of Class Action ("Notice") to all Settlement Class Members who

5 can be identified with reasonable effort no later than December 15, 2005; and

6    WHEREAS, RG/2 Claims Administration LLC ("Claims Administrator") contacted U.S.

7 Aggregates, Inc.'s ("U.S. Aggregates") former transfer agent Harris Bank to obtain the names and

8 addresses of Settlement Class Members, and was informed that all records had been forwarded to

9 ComputerShare Shareholder Services ("ComputerShare"); and

10    WHEREAS the Claims Administrator contacted ComputerShare and was informed that other

11 than a record that ComputerShare mailed a bankruptcy notice in 2002, ComputerShare has

12 maintained no records on U.S. Aggregates or its shareholders and has no record of forwarding this

13 information to another transfer agent; and

14    WHEREAS, the Claims Administrator has prepared a declaration attesting to the above

15 contacts with Harris Bank and ComputerShare, which declaration will be filed no later than

16 December 16, 2005;

17    WHEREAS, under the circumstances, it is not possible to obtain records listing shareholders

18 who purchased U.S. Aggregates common stock during the Settlement Class Period; and

19    WHEREAS, the only available list of U.S. Aggregates shareholders that Lead Counsel has

20 been able to locate is a list received from former U.S. Aggregates bankruptcy counsel on December

21 14, 2005, which contains records for 59 U.S. Aggregates equity shareholders as of January 28, 2002;

22    WHEREAS, the great majority of shareholders hold their stock through a broker; and

23    WHEREAS, the Settling Parties have agreed upon an alternative notice program that will

24 provide the best notice practicable to the Settlement Class under the circumstances; and

25    WHEREAS, the Lead Plaintiff and the Claims Administrator need additional time to institute

26 a mailing to the 59 shareholders on the list recently obtained from former bankruptcy counsel, as

27 well as the other additional elements of the proposed notice program; and

28

STIP & [PROPOSED] ORDER RE MAILING & PUBLISHING OF NOTICE OF SETTLEMENT AND
SETTING NEW FINAL APPROVAL HEARING DATE - C-01-1688-CW                               - 1 -

WHEREAS, in light of the alternative notice program proposed, the settling parties have agreed upon a revised notice schedule and dates as set forth below, which revised schedule affords Settlement Class Members additional time between the mailing and initial publication of the notice on the one hand, and the deadlines for opt-outs, objections, and filing proofs of claim on the other hand, than was allocated in the initial Order.

IT IS HEREBY AGREED AS FOLLOWS:

1. Not later than January 6, 2006, Lead Counsel shall cause a copy of the Notice and the Proof of Claim and Release Form ("Proof of Claim") in the form previously filed with the Court on November 23, 2005, to be mailed by first class mail to:

   (a) a list received from bankruptcy counsel for U.S. Aggregates of equity security holders in U.S. Aggregates as of January 28, 2002;

   (b) a list of 245 entities maintained by the Claims Administrator that have responded to notices in other class actions and have requested to receive notice of subsequent class actions. The list consists of brokers, investment advisors, law firms and other claims administration firms; and

   (c) the CEDE broker list of 906 brokers and the designated contact persons at the brokerage firms.

2. Not later than January 6, 2006, Lead Counsel shall cause the Notice and Proof of Claim to be sent for posting on the following websites:

   (a) Legal Notice System ("LENS"), a legal notice system provided by Depository Trust Company for their member firms. The Notice and Proof of Claim will be posted for viewing by member firms.

   (b) The Claims Administrator website;

   (c) Lerach Coughlin Stoia Geller Rudman & Robbins LLP website;

   (d) The Stanford Law School Securities Class Action Clearinghouse website; and

   (e) thestreet.com–an investor website.

3. Not later than January 30, 2006, Lead Counsel shall cause the Summary Notice to be published twice in *Investor's Business Daily*.

4. Not later than January 6, 2006, Lead Counsel will issue a press release announcing the settlement and providing the information contained in the Summary Notice.

5. The following dates will be inserted into the Notice, Proof of Claim and Summary Notice:

| | |
|---|---|
| Deadline to opt-out of Settlement Class | March 3, 2006 |
| Deadline to object to settlement | March 3, 2006 |
| Final Approval Hearing Date | March 24, 2006 |
| Deadline to submit Proof of Claim | April 6, 2006 |

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

JeffreyL@lerachlaw.com (email)

Dated:  December 15, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOY ANN BULL


          s/ JOY ANN BULL          
         JOY ANN BULL (Bar No. 138009)

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Joyb@lerachlaw.com (email)

Lead Counsel for Plaintiffs and Escrow Agent

STIP & [PROPOSED] ORDER RE MAILING & PUBLISHING OF NOTICE OF SETTLEMENT AND SETTING NEW FINAL APPROVAL HEARING DATE - C-01-1688-CW         - 3 -

| | |
|---|---|
| 1  Dated: December 15, 2005 | HELLER EHRMAN LLP |
| 2 | MICHAEL L. CHARLSON |
| 3 |       s/ MICHAEL L. CHARLSON |
| 4 | MICHAEL L. CHARLSON (Bar No. 122125) |

1  Dated:  December 15, 2005

HELLER EHRMAN LLP
MICHAEL L. CHARLSON

      s/ MICHAEL L. CHARLSON
MICHAEL L. CHARLSON (Bar No. 122125)

275 Middlefield Road
Menlo Park, CA 94025
Telephone:  650/324-7000
650/324-0638 (fax)

michael.charlson@hellerehrman.com (email)

Attorneys for Defendant James A. Harris

Dated:  December 15, 2005

JEFFER, MANGELS, BUTLER
  MARMARO LLP
JULIA J. RIDER

      s/ JULIA J. RIDER
JULIA J. RIDER (Bar No. 67277)

1900 Avenue of the Stars
7th Floor
Los Angeles, CA  90067-4308
Telephone:  310/203-8080
310/203-0567 (fax)

JRider@jmbm.com (email)

Attorneys for Defendant Michael J. Stone

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  12/20/05

/s/ CLAUDIA WILKEN
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

S:\Settlement\US Aggregates.set\STIP & ORD 00026765.doc

STIP & [PROPOSED] ORDER RE MAILING & PUBLISHING OF NOTICE OF SETTLEMENT AND
SETTING NEW FINAL APPROVAL HEARING DATE - C-01-1688-CW      - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have served the foregoing document or paper via facsimile to the non-CM/ECF participants indicated on the attached Manual Notice List and that this document was forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

    s/ JOY ANN BULL
JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: Joyb@lerachlaw.com

# Mailing Information for a Case 4:01-cv-01688-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian R. Blackman**
  bblackman@sheppardmullin.com

- **J.T. Wells Blaxter**
  jtb@jmbm.com jmt@jmbm.com;rcg@jmbm.com;sftemp2@jmbm.com

- **Francis A. Bottini, Jr**
  bottini@whafh.com

- **Alec H. Boyd**
  aboyd@tuckerellis.com

- **Gustavo Bruckner**
  bruckner@whafh.com

- **Howard S. Caro**
  hcaro@hewm.com yanad.burrellcarter@hellerehrman.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com
  susan.griffinpreston@hellerehrman.com;yvonne.somek@hellerehrman.com;karen.strong@hellereł

- **Robert C. Gebhardt**
  rcg@jmbm.com jjr@jmbm.com;jmt@jmbm.com;lt1@jmbm.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Shirley H. Huang**
  shirleyh@mwbhl.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Rachel M. Jones**
  rachel.jones@hewm.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Peter J. Koenig**
  pkoenig@tuckerellis.com

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  billl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Betsy C. Manifold**
  manifold@whafh.com

- **David R. Ongaro**
  dongaro@perkinscoie.com psaunders@perkinscoie.com

- **Kirk Pasich**
  pasichk@dsmo.com whites@dsmo.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Christopher Paul Seefer**
  chriss@mwbhl.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Evan Jason Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Donna M. Drake
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Nadeem Faruqi
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016

Brian M. Felgoise
Law Offices of Brian M. Felgoise
230 South Broad Street
Suite 404
Philadelphia, PA 19102

Paul J. Geller
Cauley Geller Bowman & Coates LLP
One Boca Place, Suite 421A
```

2255 Glades Road
Boca Raton, FL 33431

**Fred T. Isquith**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016

**Deborah Kravitz**
Heller Ehrman LLP
1666 K Street, NW
Suite 300
Washington, DC 20006-1228

**Gregory M. Nespole**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016

**Marc A. Topaz**
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087